# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JEANNINE D. DROST | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-17955 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Accountant,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court approval to retain an accountant to represent Debtor unless the broker is also representing the Trustee.

2. In order for the accountant to receive compensation or allowance of expenses from the bankruptcy estate, the accountant shall file an application in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

Date: November 18, 2020

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**