United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeannine D. Drost  
    Debtor(s)

Case No. 18-17955-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 18, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Jeannine D. Drost, 627 New Street, Spring City, PA 19475-1640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

**Name**      **Email Address**

GARY E. THOMPSON  
     on behalf of Debtor Jeannine D. Drost get24esq@aol.com

JEROME B. BLANK  
     on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com

REBECCA ANN SOLARZ  
     on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

United States Trustee  
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.  
     on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.  
     ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2    User: Adminstra    Page 2 of 2
Date Rcvd: Nov 18, 2020    Form ID: pdf900    Total Noticed: 1
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JEANNINE D. DROST | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-17955 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Accountant,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court approval to retain an accountant to represent Debtor unless the broker is also representing the Trustee.

2. In order for the accountant to receive compensation or allowance of expenses from the bankruptcy estate, the accountant shall file an application in accordance with 11 U.S.C. §330 and <u>In re Busy Beaver Building Centers, Inc.</u>, 19 F. 3d. 833 (3d Cir. 1994).

**Date: November 18, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**