**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Jeannine Drost**　　　　　　　　　　　　　　**CHAPTER 13**
　　　　　　**Debtor**

　　　　　　　　　　　　　　　　　　　　　　　　　**BANKRUPTCY NO. 18-17955**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served an Motion to Sell Real Estate by US Mail and the court's electronic filing system on or about November 24, 2020 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106


All Creditors on Matrix

.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　GARY E. THOMPSON, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for Debtor.

11/24/20