**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Jeannine Drost<br><br>　　　　　　　　　Debtors. | Bankruptcy Case No: 18-17955 |

**CERTIFICATION OF NO RESPONSE**

    I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On November 24, 2020, I served via first class regular mail a true and correct copy of Debtors' Motion to Sell Real Estate, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: December 18, 2020　　　　　　　*/s/ Gary E. Thompson*
　　　　　　　　　　　　　　　　　　**GARY E. THOMPSON, ESQUIRE**
　　　　　　　　　　　　　　　　　　882 S. Matlack Street, Suite 101
　　　　　　　　　　　　　　　　　　West Chester, PA 19382

　　　　　　　　　　　　　　　　　　Counsel for Debtors,