# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jeannine Drost : Chapter 13
 :
 Debtors : Bankruptcy No. 18-17955

## ORDER

**AND NOW**, _____ day of _____2020, upon consideration of the Motion to Sell Real Property filed by Debtors, upon notice to all interested parties, any response thereto, is hereby

**ORDERED** that Debtors are authorized to sell their real property at 627 New Street, Spring City, PA  19475 ("Property"), free and clear of all liens and encumbrances, except that of first mortgage holder, PennyMac Mortgage, which will be paid in full at closing, for the sale price of Three Hundred and Ten Thousand Dollars ($310,000.00), pursuant to the terms of a certain real estate agreement of sale, to the buyers thereunder, Kirsten Ebersole and Jennifer Dickson ("Buyers"), who have been represented to purchasing the Property at arms-length.

**IT IS THEREBY FURTHER ORDERED**, that if the aforementioned sales price is insufficient to pay off the first mortgage holder in full, that the sale will be subject to PennyMac Mortgage's final approval.  In addition, the payoff quote as provided by PennyMac Mortgage is only good through January 4, 2021 and if closing does not occur before said date, new payoff quote may be required.

After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Chapter 13 Trustee, the balance of the Debtor's net sales proceeds, if any, to the extent they may exceed the Debtor's statutory exemption of twenty five thousand one hundred dollars ($25,100.00), to be held by the standing trustee as a special receipt, to be available under debtors' plan for distribution to unsecured creditors. Debtor shall immediately amend her plan, consistent with this Order and the sale of the Property.

BY THE COURT

_____
HON. Eric L. Frank
BANKRUPTCY JUDGE