United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17955-elf |
| Jeannine D. Drost | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeannine D. Drost, 627 New Street, Spring City, PA 19475-1640 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Jeannine D. Drost get24esq@aol.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                               User: Adminstra                              Page 2 of 2
Date Rcvd: Dec 23, 2020                      Form ID: pdf900                              Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jeannine Drost          :          Chapter 13
                                :
        Debtors                 :          Bankruptcy No. 18-17955

### ORDER

**AND NOW**, ____23rd____ day of ____December____ 2020, upon consideration of the Motion to Sell Real Property filed by Debtors, upon notice to all interested parties, any response thereto, is hereby

**ORDERED** that Debtors are authorized to sell their real property at 627 New Street, Spring City, PA  19475 ("Property"), free and clear of all liens and encumbrances, except that of first mortgage holder, PennyMac Mortgage, which will be paid in full at closing, for the sale price of Three Hundred and Ten Thousand Dollars ($310,000.00), pursuant to the terms of a certain real estate agreement of sale, to the buyers thereunder, Kirsten Ebersole and Jennifer Dickson ("Buyers"), who have been represented to purchasing the Property at arms-length.

**IT IS THEREBY FURTHER ORDERED**, that if the aforementioned sales price is insufficient to pay off the first mortgage holder in full, that the sale will be subject to PennyMac Mortgage's final approval.  In addition, the payoff quote as provided by PennyMac Mortgage is only good through January 4, 2021 and if closing does not occur before said date, new payoff quote may be required.

After paying all liens in full and all costs of sale, the title clerk shall pay to William C. Miller, Chapter 13 Trustee, the balance of the Debtor's net sales proceeds, if any, to the extent they may exceed the Debtor's statutory exemption of twenty five thousand one hundred dollars ($25,100.00), to be held by the standing trustee as a special receipt, to be available under debtors' plan for distribution to unsecured creditors. Debtor shall immediately amend her plan, consistent with this Order and the sale of the Property.

_____
Eric L. Frank
U.S Bankruptcy Judge