Certificate Number: 01401-PAE-DE-035684469

Bankruptcy Case Number: 18-17955



01401-PAE-DE-035684469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 18, 2021</u>, at <u>8:58</u> o'clock <u>PM EDT</u>, <u>Jeannine D Drost</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 18, 2021</u>

By:  <u>/s/Jeremy  Lark</u>

Name:  <u>Jeremy  Lark</u>

Title:  <u>FCC Manager</u>