United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeannine D. Drost  
    Debtor

Case No. 18-17955-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 01, 2022      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jeannine D. Drost, 627 New Street, Spring City, PA 19475-1640 |
| 14239384 | + | Bryn Mawr Hospital, POB 784950, Philadelphia, PA 19178-4950 |
| 14239393 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, POB 182676, Columbus, OH 43218 |
| 14239391 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14239395 | + | NelNet, Dept. of Education, POB 740283, Atlanta, GA 30374-0283 |
| 14561585 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14251216 | | Pennymac Loan Srvs LLC, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14239383 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 02 2022 01:09:00 | Barclays Bank Of DE, LL Bean, 700 Prides Crossing, Newark, DE 19713-6109 |
| 14251998 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14239385 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:26 | Capital One/HSBC, POB 30285, Salt Lake City, UT 84130-0285 |
| 14268257 | + | Email/Text: RASEBN@raslg.com | Apr 02 2022 01:09:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14239389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 02 2022 01:13:32 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14244049 | + | Email/Text: bbagley@enerbankusa.com | Apr 02 2022 01:09:00 | EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14239392 | + | Email/Text: bbagley@enerbankusa.com | Apr 02 2022 01:09:00 | Enerbank, POB 26856, Salt Lake City, UT |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 84126-0856 |
| 14473509 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2022 01:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14239387 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2022 01:13:34 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14239386 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2022 01:13:30 | Chase Auto, POB 901076, Ft Worth, TX 76101 |
| 14251820 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14261880 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 02 2022 01:09:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14239394 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 02 2022 01:09:00 | Navy FCU, PON 3700, Merrifield, VA 22119-0001 |
| 14239396 | + Email/Text: ebn@nemours.org | Apr 02 2022 01:09:00 | Nemours Childrens Clinic, POB 530253, Atlanta, GA 30353-0253 |
| 14267066 | + Email/PDF: ebnotices@pnmac.com | Apr 02 2022 01:13:28 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14269410 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2022 01:13:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14239397 | + Email/PDF: ebnotices@pnmac.com | Apr 02 2022 01:13:28 | Penny Mac, POB 30597, Los Angeles, CA 90030-0597 |
| 14241903 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14239398 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:30 | Synchrony Bank, POB 965061, Orlando, FL 32896-5061 |
| 14254903 | + Email/Text: electronicbkydocs@nelnet.net | Apr 02 2022 01:09:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 14255891 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 02 2022 01:09:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 14239399 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 02 2022 01:09:00 | US Bank, POB 790408, St Louis, MO 63179 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14239388 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14239390 | ##+ | Damon Morris, 627 New Street, Spring City, PA 19475-1640 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Jeannine D. Drost get24esq@aol.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeannine D. Drost
        Debtor(s)

Case No: 18−17955−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/1/22